

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

San Francisco
Regional Office

August 28, 2023

<u>Via secure email</u>

Elon Musk
c/o Alex Spiro, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor,
New York, NY 10010

      Re:    <u>In the Matter of Certain Purchases, Sales, and Disclosures of Twitter Shares (SF-4519)</u>

Dear Mr. Musk:

      Pursuant to Rule 8 of the United States Securities and Exchange Commission's Rules Relating to Investigations, 17 C.F.R. § 203.8, I have enclosed a subpoena for testimony issued to you, in connection with the above-referenced formal investigation. The subpoena requires you to appear for testimony on September 15, 2023 at 9:00 am PT at the offices of the U.S. Securities and Exchange Commission, 44 Montgomery Street, Suite 2800, San Francisco, CA 94104, to be recorded via audio and video.

      The information you provides is subject to the Commission's routine uses. A list of those uses is contained in the enclosed copies of SEC Form 1662, which also contain other important information. This investigation is confidential and nonpublic and should not be construed as an indication by the Commission or its staff that any violation of law has occurred, nor as a reflection upon any person, entity, or security. If you have any questions, you may call me at (415) 705-2486.

      Sincerely,

      Robin Andrews
      Senior Counsel
      Division of Enforcement

Enclosures:    Subpoena
                     SEC Form 1662



# SUBPOENA

## UNITED STATES OF AMERICA
### SECURITIES AND EXCHANGE COMMISSION

**In the Matter of Certain Purchases, Sales, and Disclosures of Twitter Shares (SF-4519)**

To: Elon Musk
c/o Alex Spiro, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor,
New York, NY 10010

☒ **YOU MUST TESTIFY** before officers of the Securities and Exchange Commission, at the place, date and time specified below.

September 15, 2023 at 9:00 am PT at the offices of the U.S. Securities and Exchange Commission, 44 Montgomery Street, Suite 2800, San Francisco, CA 94104, to be recorded via audio and video.

**FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.**
Failure to comply may subject you to a fine and/or imprisonment.

By: _(signature)_   Date: August 28, 2023
Robin Andrews
U.S. Securities and Exchange Commission
44 Montgomery St #2800
San Francisco, CA 94104
(415) 705-2486

I am an officer of the U.S. Securities and Exchange Commission authorized to issue subpoenas in this matter. The Securities and Exchange Commission has issued a Formal Order authorizing this investigation under Section 21(a) of the Securities Exchange Act of 1934.

NOTICE TO WITNESS:  If you claim a witness fee or mileage, submit this subpoena with the claim voucher.