# Andrews, Robin

| | |
|---|---|
| **From:** | Andrews, Robin |
| **Sent:** | Tuesday, September 19, 2023 3:07 PM |
| **To:** | Alex Spiro |
| **Cc:** | Rachel Frank |
| **Subject:** | EM Testimony Dates |

Alex:

Without waiving any of our objections or arguments in our September 14, 2023 letter, we are willing to travel to Texas to ensure a firm investigative testimony date for Mr. Musk. Due to security concerns, we cannot agree to testimony in Austin, as our agency does not control any secure space suitable for investigative testimony. We will instead conduct Mr. Musk's testimony at the SEC's Fort Worth office (801 Cherry St #19, Fort Worth, TX 76102), which is only a 1-hour flight from Austin. The Fort Worth office also offers a nonpublic service entrance and elevator for Mr. Musk's safety and confidentiality. If Mr. Musk prefers, we can conduct Mr. Musk's testimony at another SEC office of his choice, either in Washington, DC or one of our other ten regional offices: https://www.sec.gov/page/sec-regional-offices

We are available the following dates for a testimony in Fort Worth: **October 6, 12, 18, 19, and 30.** We may also be available on **October 23, 24, and 25**; I can update you on those dates later this week if they work for you and Mr. Musk.

After we have selected a date for Mr. Musk's in-person testimony, we can discuss scheduling ████████ testimony via Webex on a date before Mr. Musk's testimony date. Please let me know as soon as possible which date(s) work for you and Mr. Musk from the above options.

**Robin Andrews**
Senior Counsel
Division of Enforcement
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

**OFFICE**   +1 415 705 2486
andrewsr@sec.gov

