```
 1  MELISSA ARMSTRONG (Tex. Bar No. 24050234)
       ArmstrongMe@sec.gov
 2  100 F Street, NE
    Washington, DC 20549
 3  Telephone: (202) 551-4724
    Facsimile: (703) 772-9292
 4
    MONIQUE WINKLER (Cal. Bar No. 213031)
 5  BERNARD B. SMYTH (Cal. Bar No. 217741)
       SmythB@sec.gov
 6  ROBIN ANDREWS (Ill. Bar No. 6285644)
       AndrewsR@sec.gov
 7  44 Montgomery Street, Suite 2800
    San Francisco, CA 94104
 8  Telephone: (415) 705-2500
    Facsimile: (415) 705-2501
 9
    Attorneys for Applicant
10  Securities and Exchange Commission
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Misc. No. |
| Applicant, | |
| v. | **[PROPOSED] ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENA** |
| ELON MUSK, | |
| Respondent. | |

**[PROPOSED] ORDER**

The Securities and Exchange Commission ("SEC"), having applied pursuant to Section 22(b) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77v(b), and Section 21(c) of the Securities and Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(c), for an Order Compelling Compliance with an Administrative Subpoena issued by the SEC, the Court having considered the Memorandum of Points and Authorities in support of the Application, and all other papers filed in the proceedings herein, and being fully advised in the matter, and good cause appearing therefor:

IT IS HEREBY ORDERED that the SEC's Application for an Order Compelling Compliance with an Administrative Subpoena is GRANTED.

IT IS FURTHER ORDERED that Respondent Elon Musk shall appear to testify before officer of the Securities and Exchange Commission on _____, 2023, at ___:___ __.m, at the SEC's San Francisco Regional Office, 44 Montgomery Street, Suite 2800, San Francisco, CA 94104.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this matter for the purposes of giving full effect to this Order and to make such further orders and decrees or taking such action as may become necessary or appropriate to carry out the terms of this Order.

Dated: _____, 2023        _____
                             UNITED STATES DISTRICT JUDGE
                             UNITED STATES MAGISTRATE JUDGE