MELISSA ARMSTRONG (Tex. Bar No. 24050234)
 ArmstrongMe@sec.gov
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-4724
Facsimile: (703) 772-9292

MONIQUE WINKLER (Cal. Bar No. 213031)
BERNARD B. SMYTH (Cal. Bar No. 217741)
 SmythB@sec.gov
ROBIN ANDREWS (Ill. Bar No. 6285644)
 AndrewsR@sec.gov
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

Attorneys for Applicant
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Applicant,<br><br>　　v.<br><br>ELON MUSK,<br><br>　　　　　Respondent. | Misc. No. 3:23-mc-80253-LB<br><br>**CERTIFICATE OF SERVICE** |

I, Robin Andrews, am a citizen of the United States and over 18 years of age. On October 5, 2023, I served true and correct copies of the following:

SECURITIES AND EXCHANGE COMMISSION'S NOTICE AND APPLICATION FOR AN ORDER COMPELLING COMPLIANCE WITH AN ADMINISTRATIVE SUBPOENA AND MEMORANDUM IN SUPPORT

DECLARATION OF ROBIN ANDREWS IN SUPPORT OF SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR AN ORDER COMPELLING COMPLIANCE WITH AN ADMINISTRATIVE SUBPOENA

PROPOSED ORDER

via electronic mail and U.S. mail addressed to the following as counsel for Elon Musk and who has agreed to accept service on Mr. Musk's behalf:

Alex Spiro, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Email: alexspiro@quinnemanuel.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2023.

_____
Robin Andrews