QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* application pending)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
rachelfrank@quinnemanuel.com

*Attorneys for Respondent Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Applicant,<br><br>    v.<br><br>ELON MUSK,<br><br>        Respondent. | Case No. 3:23-mc-80253-LB<br><br>**RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Rachel G. Frank of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Respondent Elon Musk. Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address:

> Rachel G. Frank (California Bar No. 330040)
> 1300 I Street NW, Suite 900
> Washington, D.C. 20005
> Telephone: (202) 538 8000
> Facsimile: (202) 538 8100
> rachelfrank@quinnemanuel.com

Dated: October 13, 2023                          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Rachel G. Frank*
Alex Spiro (*pro hac vice* application pending)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
rachelfrank@quinnemanuel.com

*Attorneys for Elon Musk*