QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* application pending)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
rachelfrank@quinnemanuel.com

*Attorneys for Respondent Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Applicant,<br><br>     v.<br><br>ELON MUSK,<br><br>          Respondent. | Case No. 3:23-mc-80253-LB<br><br>**CERTIFICATION PURSUANT TO LOCAL RULE 3-15 BY ELON MUSK** |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned
3  certifies that no persons, associations of persons, firms, partnerships, corporations (including,
4  but not limited to, parent corporations), or other entities (i) have a financial interest in the
5  subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest
6  in that subject matter or in a party that could be substantially affected by the outcome of this
7  proceeding.  The undersigned certifies that as of this date, there is no conflict of interest (other
8  than the named parties) to report.

10  Dated: October 13, 2023                    Respectfully submitted,

                                              QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP

                                              */s/ Alex Spiro*_____
                                              Alex Spiro (*pro hac vice* application pending)
                                              51 Madison Ave, 22nd Floor
                                              New York, NY 10010
                                              Telephone:  (212) 849-7000
                                              Facsimile:  (212) 849-7100
                                              alexspiro@quinnemanuel.com

                                              Rachel G. Frank (California Bar No. 330040)
                                              1300 I Street NW, Suite 900
                                              Washington, D.C. 20005
                                              Telephone: (202) 538-8000
                                              Facsimile: (202) 538-8100
                                              rachelfrank@quinnemanuel.com

                                              *Attorneys for Elon Musk*