QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* application pending)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
rachelfrank@quinnemanuel.com

*Attorneys for Respondent Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Applicant,<br><br>　v.<br><br>ELON MUSK,<br><br>　　　　Respondent. | Case No. 3:23-mc-80253-LB<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING TIME FOR BRIEFING** |

**STIPULATED REQUEST FOR AN ORDER CHANGING TIME FOR BRIEFING**

Pursuant to Local Rules 6-1 and 6-2, the parties stipulate and respectfully request that the Court enter the attached proposed order extending the briefing deadlines related to the Securities and Exchange Commission's Application for Order Compelling Compliance with Administrative Subpoena, ECF No. 1.

Under Local Rule 7-3, Mr. Musk's opposition to the Application is due by October 19, 2023, and the Commission's reply is due by October 26, 2023. The parties have conferred regarding these deadlines and agree that additional time would be appropriate to enable thorough briefing of the issues raised by the Application. *See* Decl. of Alex Spiro, attached. Pursuant to that agreement, the parties stipulate and jointly request that: (1) Mr. Musk's deadline to file an opposition to the Commission's Application motion be extended to November 2, 2023 (28 days from the Commission's Application); (2) the Commission's deadline to file a reply be extended to November 16, 2023 (14 days from the opposition); and (3) the Court conducts a conference call with the parties to discuss scheduling of a hearing on the Application.

The parties have not previously requested any time modifications in this case, and no case schedule in this matter will be affected by the time modifications requested here.

Dated: October 13, 2023

SECURITIES & EXCHANGE COMMISSION

*/s/ Bernard B. Smyth*
Melissa Armstrong (Tex. Bar No. 24050234)
100 F Street, NE
Washington, D.C. 20549
Telephone: (202) 551-4724
Facsimile: (703) 772-9292
ArmstrongMe@sec.gov

Monique Winkler (Cal. Bar No. 213031)
Bernard B. Smyth (Cal. Bar No. 217741)
Robin Andrews (Ill. Bar No. 6285644)
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501
SmythB@sec.gov
AndrewsR@sec.gov

*Attorneys for Securities & Exchange Commission*

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Alex Spiro*
Alex Spiro (*pro hac vice* application pending)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com

Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
rachelfrank@quinnemanuel.com

*Attorneys for Elon Musk*

Dated: October 13, 2023

\* \* \* \* \*

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: October 13, 2023

 */s/ Alex Spiro*
Alex Spiro