QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* application pending)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
rachelfrank@quinnemanuel.com

*Attorneys for Respondent Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>v.<br><br>ELON MUSK,<br><br>Respondent. | Case No. 3:23-mc-80253-LB<br><br>**DECLARATION OF ALEX SPIRO IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER CHANGING TIME FOR BRIEFING** |

I, Alex Spiro, declare as follows:

1. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP. I submit this declaration in support of the parties' Stipulated Request for an Order Changing Time for Briefing. The matters in this declaration are based on my personal knowledge and my review of the filings in this case.

2. On October 5, 2023, the Securities and Exchange Commission filed an Application for Order Compelling Compliance with Administrative Subpoena, ECF No. 1.

3. Under Local Rule 7-3, Mr. Musk's opposition to the Application is due by October 19, 2023, and the Commission's reply is due by October 26, 2023.

4. The parties have since conferred regarding these deadlines and agree that additional time would be appropriate to enable thorough briefing of the issues raised by the Application.

5. Pursuant to that agreement, the parties stipulate and jointly request that: (1) Mr. Musk's deadline to file an opposition to the Commission's Application motion be extended to November 2, 2023 (28 days from the Commission's Application); (2) the Commission's deadline to file a reply be extended to November 16, 2023 (14 days from the opposition); and (3) the Court conducts a conference call with the parties to discuss scheduling of a hearing on the Application.

6. The parties have not previously requested any time modifications in this case, and no case schedule in this matter will be affected by the time modifications requested here.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Miami, Florida, on October 13, 2023.

Dated: October 13, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alex Spiro*
Alex Spiro

*Attorney for Elon Musk*

DECLARATION OF ALEX SPIRO IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER CHANGING TIME FOR BRIEFING
3:23-mc-80253-LB