UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Applicant,<br><br>      v.<br><br>ELON MUSK,<br><br>             Respondent. | Case No. 3:23-mc-80253-LB<br><br>[PROPOSED] ORDER CHANGING TIME FOR BRIEFING |

Based upon the information and representations provided by the parties in the Stipulated Request for an Order Changing Time for Briefing, and the Declaration submitted in support thereof, it is hereby ordered that:

1. The deadline for Respondent to file an opposition to the Securities and Exchange Commission's Application for Order Compelling Compliance with Administrative Subpoena, ECF No. 1, is extended from October 19, 2023 to November 2, 2023; and

2. The deadline for Applicant to file a reply in support of the Application is extended from October 26, 2023 to November 16, 2023.

IT IS SO ORDERED.

DATED: October 16, 2023

_____
Laurel Beeler
United States Magistrate Judge