| | |
|---|---|
| 1 | MELISSA ARMSTRONG (Tex. Bar No. 24050234) |
| |   ArmstrongMe@sec.gov |
| 2 | 100 F Street, NE |
| | Washington, DC 20549 |
| 3 | Telephone: (202) 551-4724 |
| | Facsimile: (703) 772-9292 |
| 4 | |
| 5 | MONIQUE WINKLER (Cal. Bar No. 213031) |
| | BERNARD B. SMYTH (Cal. Bar No. 217741) |
| 6 |   SmythB@sec.gov |
| | ROBIN ANDREWS (Ill. Bar No. 6285644) |
| 7 |   AndrewsR@sec.gov |
| | 44 Montgomery Street, Suite 2800 |
| 8 | San Francisco, CA 94104 |
| | Telephone: (415) 705-2500 |
| 9 | Facsimile: (415) 705-2501 |
| 10 | Attorneys for Applicant |
| | Securities and Exchange Commission |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:23-mc-80253-LB |
| Applicant, | **NOTICE OF APPEARANCE OF ROBIN ANDREWS** |
| v. | |
| ELON MUSK, | |
| Respondent. | |

Please take notice that ROBIN ANDREWS hereby appears in this matter on behalf of Plaintiff Securities and Exchange Commission and respectfully requests that all filings, discovery, and other documents required to be served in this matter be served upon him.

Dated:  October 27, 2023  　　　　  */s/ Robin Andrews*
　　　　　　　　　　　　　　　　　　Robin Andrews
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　SECURITIES AND EXCHANGE COMMISSION
　　　　　　　　　　　　　　　　　　44 Montgomery Street, Suite 2800
　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　Telephone: (415) 705-2500
　　　　　　　　　　　　　　　　　　Facsimile: (415) 705-2501