## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

October 27, 2023

<u>Via ECF</u>

Honorable Laurel Beeler
United States Magistrate Judge
San Francisco Courthouse
Courtroom B – 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:     <u>SEC v. Elon Musk</u>, No. 3:23-mc-80253-LB

Dear Magistrate Judge Beeler:

     Today the Court noticed a hearing in the above-captioned matter for November 30, 2023. Dkt. No. 17. I am counsel for Mr. Musk and unavailable that day due to hearing in another matter. Accordingly, I respectfully request that the Court reschedule this hearing for December 7, 2023, as initially noticed, or for a day the following week.

Respectfully submitted,

*/s/ Alex Spiro*

Alex Spiro

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART