QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

Christopher G. Michel (*pro hac vice* application pending)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for Respondent Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Applicant,<br><br>　　v.<br><br>ELON MUSK,<br><br>　　　　　Respondent. | Case No. 3:23-mc-80253-LB<br><br>**RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL** |

1

2   **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

3   PLEASE TAKE NOTICE that Christopher G. Michel of Quinn Emanuel Urquhart &

4   Sullivan, LLP hereby appears as counsel of record for Respondent Elon Musk. Copies of all

5   pleadings, papers, correspondence, and notices in this action should be directed to counsel at the

6   following address:

7

8   Christopher G. Michel (*pro hac vice* application pending)
    1300 I Street NW, Suite 900
9   Washington, D.C. 20005
    Telephone: (202) 538-8000
10  Facsimile: (202) 538-8100
    christophermichel@quinnemanuel.com
11

12

13  Dated: November 1, 2023               Respectfully submitted,

14                                        QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
15
                                          */s/ Christopher G. Michel*
16                                        Alex Spiro (*pro hac vice*)
                                          51 Madison Ave, 22nd Floor
17                                        New York, NY 10010
                                          Telephone:  (212) 849-7000
18                                        Facsimile:  (212) 849-7100
                                          alexspiro@quinnemanuel.com
19

20                                        Christopher G. Michel (*pro hac vice* application
                                          pending)
21                                        Rachel G. Frank (California Bar No. 330040)
                                          1300 I Street NW, Suite 900
22                                        Washington, D.C. 20005
                                          Telephone: (202) 538-8000
23                                        Facsimile: (202) 538-8100
                                          christophermichel@quinnemanuel.com
24                                        rachelfrank@quinnemanuel.com

25

26                                        *Attorneys for Elon Musk*

27

28