QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com

Christopher G. Michel (*pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for Respondent Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Applicant,<br><br>     v.<br><br>ELON MUSK,<br><br>            Respondent. | Case No. 3:23-mc-80253-LB<br><br>**ELON MUSK'S CIVIL LOCAL RULE 79-5(F) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Elon Musk has filed certain exhibits to the Declaration of Alex Spiro in Support of Elon Musk's Opposition to the Securities and Exchange Commission's Notice and Application for an Order Compelling Compliance with an Administrative Subpoena ("Declaration"). Exhibits 3 and 5 to the Declaration contain information related to a non-public investigation into Mr. Musk that the Securities and Exchange Commission ("Commission") initiated in 2022. These exhibits are confidential because the Commission has ordered that the investigation be private. Further, Commission investigation documents are non-public as a matter of law. *See* 17 CFR § 203.2 ("Information or documents obtained by the Commission in the course of any investigation or examination, unless made a matter of public record, shall be deemed non-public . . ."); 17 CFR § 203.5 ("Unless otherwise ordered by the Commission, all formal investigative proceedings shall be non-public."); *see also* Attorney Declaration of Robin Andrews ¶¶ 2, 5.

The parties have not conferred on the confidentiality of these materials, and due to the imminent filing deadline it is impracticable for the parties to do so before the filing. Mr. Musk is therefore filing this Administrative Motion to provide the Commission an opportunity to file, within seven days, a statement or declaration pursuant to Civil Local Rule 79-5(f)(3) regarding whether and why the above-referenced materials, or specific portions thereof, should be filed under seal.

Accordingly, pursuant to Civil Local Rule 79-5(f), Mr. Musk files this Administrative Motion to consider whether the documents identified below should be sealed:

| Exhibit | Document Title | Portion of Document to be Provisionally Sealed |
|---|---|---|
| Exhibit #3 | Order Directing Private Investigation and Designating Officers to Take Testimony | Entire Document |
| Exhibit #5 | Corrected Order Directing Private Investigation and Designating Officers to Take Testimony | Entire Document |

1  Should the Commission file a statement or declaration pursuant to Civil Local Rule 79-
2  5(f)(3), Mr. Musk reserves his right to file a response pursuant to Civil Local Rule 79-5(f)(4).
3  Consistent with Civil Local Rule 79-5(d), unredacted versions of the above documents accompany
4  this Administrative Motion.

Dated: November 2, 2023                     Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Alex Spiro*
Alex Spiro (*pro hac vice*)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com

Christopher G. Michel (*pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538 8000
Facsimile: (202) 538 8100
christophermichel@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for Elon Musk*

* * * * *