QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

Christopher G. Michel (*pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for Respondent Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>v.<br><br>ELON MUSK,<br><br>Respondent. | Case No. 3:23-mc-80253-LB<br><br>**PROPOSED REPORT AND RECOMMENDATION IN THE FORM OF AMENDED RULING ON APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENA**<br><br>Re: ECF No. 1 |

On December 14, 2023, the Court held a hearing in connection with the Securities and Exchange Commission's (SEC) Application to Enforce Administrative Subpoena. ECF No. 1. On February 10, 2024, the Court issued a ruling granting the SEC's application. ECF No. 37. Because Mr. Musk did not consent to the jurisdiction of a Magistrate Judge to resolve this dispositive motion, the Court now clarifies that its ruling operates as a Report and Recommendation. *See, e.g.*, *EEOC v. Anna's Linens Co.*, 2006 WL 1329650, at *1 (N.D. Cal. May 15, 2006). The parties have 14 days

1  from the date of this amended ruling to file objections with the district court.  *See* Fed. R. Civ. P.
2  72(b)(2).  Other than this change, the substance of the initial ruling has not been altered, and the
3  Court hereby incorporates the analysis in its February 10, 2024 ruling.
4       IT IS SO ORDERED.

6       DATED: February 15, 2024

7                                         _____
8                                         Laurel Beeler
                                          United States Magistrate Judge