UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Applicant,<br><br>　　v.<br><br>ELON MUSK,<br><br>　　　　Respondent. | Case No. 3:23-mc-80253-JSC<br><br>**[PROPOSED] ORDER GRANTING MR. MUSK'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE AND DENYING THE SEC'S APPLICATION TO COMPEL COMPLIANCE WITH ADMINISTRATIVE SUBPOENA**<br><br>Re: ECF No. 1 |

　　Mr. Musk filed a Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge. The Court, having heard oral argument and conducted a de novo review of the Securities and Exchange Commission (SEC)'s Application for Order Compelling Compliance with Administrative Subpoena (ECF No. 1), including all associated briefing and declarations, and the Magistrate Judge's Report and Recommendation (ECF No. 40-1), and having considered the arguments of the parties and the papers submitted, hereby GRANTS Mr. Musk's Motion for De Novo Determination, and DENIES the SEC's Application for an Order Compelling Compliance with Administrative Subpoena (ECF No. 1).

　　IT IS SO ORDERED.

　　DATED: _____

　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 3:23-mc-80253-JSC

[Proposed] Order Granting Mr. Musk's Motion For De Novo Determination Of Dispositive Matter Referred To Magistrate Judge And Denying The SEC's Application To Compel Compliance With Administrative Subpoena