1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*pro hac vice*)
2  51 Madison Ave, 22nd Floor
   New York, NY 10010
3  Telephone: (212) 849-7000
4  Facsimile: (212) 849-7100
   alexspiro@quinnemanuel.com
5
   Christopher G. Michel (*pro hac vice*)
6  Rachel G. Frank (California Bar No. 330040)
7  1300 I Street NW, Suite 900
   Washington, D.C. 20005
8  Telephone: (202) 538-8000
   Facsimile: (202) 538-8100
9  christophermichel@quinnemanuel.com
   rachelfrank@quinnemanuel.com
10
11 *Attorneys for Respondent Elon Musk*

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:23-mc-80253-JSC |
| 17                   Applicant, | **MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE** |
| 18 | |
| 19       v. | |
| 20  ELON MUSK, | Date:   May 9, 2024 |
| 21                   Respondent. | Time:   10:00 a.m. |

22

23       Respondent Elon Musk respectfully requests leave to file a Reply in support of his Motion

24 for De Novo Determination of Dispositive Matter Referred to Magistrate Judge (Dkt. No. 42).  Mr.

25 Musk's proposed reply brief—submitted in compliance with Local Rule 7-3(c)'s provisions

26 governing motions—is filed concurrently with this motion and is attached as Exhibit A.  Applicant

27 the Securities and Exchange Commission ("SEC") takes no position on this motion.

28

1.     Federal Rule of Civil Procedure 72(b) and Civil Local Rule 72-3 set forth the procedures for a party to object to a magistrate judge's ruling on a dispositive motion.  Neither rule specifically addresses the availability of a reply brief in support of objections to report and recommendations.  Local Rule 7-3(c), however, permits a reply brief in support of a motion.

2.     Courts in this District have accepted and relied on reply briefs submitted in support of a party's objections to a magistrate judge's ruling on a dispositive motion.  *See, e.g.*, *Pickard v. Dep't of Justice*, 217 F. Supp. 3d 1081, 1085 (N.D. Cal. 2016) (considering reply brief filed in support of motion for de novo determination).

3.     More specifically, courts in this District have accepted reply briefs in support of a party's objections to a magistrate judge's ruling on a dispositive motion in matters—like this one—that should have been heard initially by a District Court but were inadvertently or erroneously considered first by a magistrate judge.  Dkt. No. 40; *see, e.g.*, Reply in Support of Motion for De Novo Determination, *Doe v. SEC*, No. C 11–80209 (CRB) (N.D. Cal. Oct. 21, 2011), Dkt. No. 24; Reply in Support of Objections to Report & Recommendation, *EEOC v. Anna's Linens Co.*, 2006 WL 1329548, No. C 06-80009 (MMC) (N.D. Cal. June 30, 2006), Dkt. No. 44.

4.     Additionally, a Reply is particularly warranted in this case because it is a significant matter presenting important questions about the SEC's nearly two-year investigation into Mr. Musk's ownership of shares in and acquisition of Twitter.  Among other substantial legal issues, the case involves the SEC's authority to conduct investigations with serial demands for testimony, as well as questions about whether the SEC Enforcement Staff conducting the investigation have been properly appointed and are properly removable under Article II of the Constitution.

5.     The proposed Reply complies with the length and timing requirements for reply briefs contemplated by Local Rule 7-3(c) because it is fewer than 15 pages and it was submitted within one week of the date on which the opposition brief was due.

6.     The SEC takes no position on the request to file a Reply.

7.     Mr. Musk respectfully requests that the Court accept his proposed Reply, filed concurrently and attached as Exhibit A.

Dated: March 22, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Alex Spiro*
Alex Spiro (*pro hac vice*)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com

Christopher G. Michel (*pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for Elon Musk*