1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*pro hac vice*)
2  51 Madison Ave, 22nd Floor
   New York, NY 10010
3  Telephone: (212) 849-7000
4  Facsimile: (212) 849-7100
   alexspiro@quinnemanuel.com
5
   Christopher G. Michel (*pro hac vice*)
6  Rachel G. Frank (California Bar No. 330040)
7  1300 I Street NW, Suite 900
   Washington, D.C. 20005
8  Telephone: (202) 538-8000
   Facsimile: (202) 538-8100
9  christophermichel@quinnemanuel.com
   rachelfrank@quinnemanuel.com
10
11 *Attorneys for Respondent Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:23-mc-80253-JSC |
|---|---|
| Applicant, | **DECLARATION OF ALEX SPIRO IN SUPPORT OF ELON MUSK'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE** |
| v. | |
| ELON MUSK, | |
| Respondent. | |

**DECLARATION OF ALEX SPIRO**

I, Alex Spiro, declare as follows:

1. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP. I submit this declaration in support of Mr. Musk's Motion for Leave to File a Reply in support of his Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge. The matters in this declaration are based on my personal knowledge and my review of the filings in this case.

2. On February 16, 2024, the Court issued a Report & Recommendation recommending the grant of the SEC's application to compel compliance with an administrative subpoena. Dkt. No. 40; Dkt. No. 40-1. The Court also noted that this matter should have been transferred to a district judge after Mr. Musk declined magistrate judge jurisdiction. Dkt. No. 40 at 1.

3. On March 1, 2024, Mr. Musk filed a Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge, identifying his objections to the Report & Recommendation. Dkt. No. 42.

4. On March 13, 2024, the SEC filed its Response to Mr. Musk's Motion for De Novo Determination. Dkt. No. 43.

5. On March 20, 2024, an attorney at my firm sent an email to counsel for the SEC (Mr. Robin Andrews) explaining that Mr. Musk would seek leave of the Court to file a reply brief in support of his Motion for De Novo Determination and sought its consent to the filing of a reply brief. Mr. Andrews responded that the SEC takes no position regarding the filing of a reply brief.

6. Accordingly, a stipulation could not be obtained on Mr. Musk's Motion for Leave.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Miami, Florida, on March 22, 2024.

Dated: March 22, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alex Spiro*_____
 Alex Spiro

*Attorney for Elon Musk*