UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Applicant,<br><br>     v.<br><br>ELON MUSK,<br><br>           Respondent. | Case No. 3:23-mc-80253-JSC<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S MOTION FOR LEAVE TO FILE REPLY** |

     Before the Court is Respondent Elon Musk's Motion for Leave to File a Reply in Support of his Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge. Having considered the positions and arguments of the parties and the papers submitted, the Court hereby GRANTS Mr. Musk's Motion for Leave to File a Reply.

     IT IS SO ORDERED.


     DATED: _____

                                                         JACQUELINE SCOTT CORLEY
United States District Judge