QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

Christopher G. Michel (*pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for Respondent Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Applicant,<br><br>    v.<br><br>ELON MUSK,<br><br>            Respondent. | Case No. 3:23-mc-80253-JSC<br><br>**DECLARATION OF ALEX SPIRO IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISPUTE** |

**DECLARATION OF ALEX SPIRO**

I, Alex Spiro, declare as follows:

1. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP. I submit this declaration in support of Mr. Musk's Joint Statement Regarding Discovery Dispute. The matters in this declaration are based on my personal knowledge and my review of the filings in this case.

2. Mr. Musk and his companies have cooperated with the SEC in multiple other ongoing investigations, providing numerous testimonies and document productions. In this investigation alone, Mr. Musk has produced hundreds of documents, he has sat for testimony twice, his wealth manager has sat for testimony three times, and other individuals connected to Mr. Musk have also sat for testimony, all without rescheduling or cancelling any of those testimonies.

3. Pursuant to a Stipulation with the Securities & Exchange Commission (SEC) filed before this Court, Dkt. No. 52, the parties agreed that Mr. Musk would appear for investigative testimony before the SEC in Los Angeles on September 10, 2024.

4. Mr. Musk's counsel, myself and Rachel Frank, traveled to Los Angeles in advance of Mr. Musk's scheduled testimony, which we expected to proceed on September 10.

5. Early in the morning of September 10, we learned that Mr. Musk could not appear for the scheduled testimony because his presence was required for the Polaris Dawn launch in Cape Canaveral, Florida. We immediately notified the SEC of the emergency, apologized for the inconvenience, and sought to reschedule the testimony for a date in the near future. *See* Exhibit A (Sept. 10, 2024 Letter from A. Spiro to R. Andrews).

6. On September 18, the parties agreed to reschedule Mr. Musk's testimony for October 3, 2024 in Los Angeles. Nevertheless, the SEC stated that it would seek the Court's intervention to provide it "comfort that [Mr. Musk] will appear on October 3rd."

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Miami, Florida, on September 20, 2024.

Dated: September 20, 2024                             By: /s/ *Alex Spiro*
                                                                           Alex Spiro

                                                                           *Attorney for Elon Musk*