# EXHIBIT A

quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

September 10, 2024

**FOIA CONFIDENTIAL TREATMENT REQUESTED**
**VIA ELECTRONIC MAIL**

Robin Andrews
Senior Counsel, Division of Enforcement
United States Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

Re:   In the Matter of Certain Purchases, Sales, and Disclosures of Twitter Shares (SF-4519)

Dear Mr. Andrews:

I have been notified that Mr. Musk is unable to attend the testimony scheduled for today in this matter. Mr. Musk's obligations as Chief Technology Officer of SpaceX required he urgently travel to the East Coast yesterday for the high-risk Polaris Dawn launch. The timing of the launch was highly weather-dependent and beyond Mr. Musk's control, and has resulted in him being unable to return in time for the testimony. We appreciate your flexibility in scheduling this testimony and apologize for any inconvenience this may cause. Please let us know what alternative dates in the next month may work and we will reschedule the testimony promptly.

*   *   *

Mr. Musk requests, under 17 C.F.R. § 200.83, that the Commission afford confidential treatment to and not disclose this submission or any other information or documents that may be provided to the Staff in the future by Mr. Musk—in response to any request under the Freedom of Information Act, 5 U.S.C. § 552.

A copy of this written request for confidential treatment has been sent to the Office of Freedom of Information and Privacy Act Operations, Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549, as required by 17 C.F.R. § 200.83(c)(3). Should a request be received by the Commission under the Freedom of Information Act for disclosure of the information to which this request for confidential treatment relates, Mr. Musk asks that the

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

2

Commission immediately notify the undersigned by telephone or electronic mail, so that we may provide any additional information regarding this request for confidential treatment that may be necessary.  We further request that you communicate our request for confidentiality to any other self-regulatory organization or government agency that may request access to these materials.

      The information in this letter is made available to the Commission without prejudice to any privilege that Mr. Musk may have, including the attorney-client and work product privilege, which privileges are expressly reserved.  In the event that any information provided herein constitutes information protected by any privilege that Mr. Musk may have, including the attorney-client and work product privilege, Mr. Musk requests the immediate return of such information, and any such inadvertent production shall not constitute a waiver of any such privilege.  Furthermore, Mr. Musk has made a diligent effort to be thorough and accurate in providing this information, there may be omissions or inaccuracies of which we are not presently aware.  Accordingly, this response is subject to possible supplementation or revision.

Very truly yours,

Alex Spiro