QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

Christopher G. Michel (*pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for Respondent Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Applicant,<br><br>     v.<br><br>ELON MUSK,<br><br>          Respondent. | Case No. 3:23-mc-80253-JSC<br><br>**DECLARATION OF STUART KEECH IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISPUTE** |

### DECLARATION OF STUART KEECH

I, Stuart Keech, declare as follows:

1. I, Stuart Keech, am the Vice President of Dragon at SpaceX.

2. I report directly to SpaceX's Chief Operating Officer, who in turn reports to Elon Musk, SpaceX's founder, Chief Executive Officer, and Chief Technology Officer.

3. I am responsible for the design and operation of Dragon, the space capsule used in the Polaris Dawn launch. The launch took place on September 10, 2024 at the Kennedy Space Center in Cape Canaveral, Florida.

4. Mr. Musk played a critical role managing the development and execution of the Polaris Dawn mission. The Polaris Dawn mission was groundbreaking because it was the first commercial spacewalk. During a spacewalk, astronauts leave a spacecraft to explore outer space, a high-risk maneuver. The Polaris Dawn spacewalk was especially risky because the entire spacecraft had to be depressurized for the astronauts to exit, because Dragon does not have an airlock, unlike the International Space Station. Mr. Musk was heavily involved in the Polaris Dawn mission. I typically meet with Mr. Musk once a month to update him on SpaceX projects and this frequency increases as we get closer to a mission. I communicated with Mr. Musk four times in the month leading up to the initial Polaris Dawn launch target date of August 26, 2024, and he participated in the Launch Readiness Review on August 25, 2024, as well.

5. It was necessary that Mr. Musk be present at the Cape Canaveral launch site for the Polaris Dawn launch. Whenever there is an issue with a launch, Mr. Musk makes the final decision about whether or not to proceed. It was necessary that Mr. Musk be in Cape Canaveral in person to effectively communicate with and lead the launch team. It would have caused additional and unnecessary difficulties that could have risked the lives of the Polaris Dawn astronauts if Mr. Musk had been forced to manage this high-risk and complex mission remotely.

6. The timing of the Polaris Dawn launch was unpredictable due to the weather. The Polaris Dawn mission required clear weather conditions on both the date of the launch and the date of the astronauts' return five days later. Thus, weather conditions had to be appropriate on two different dates, making it impossible to predict more than a few hours in advance when the launch could take place. Since the Dragon capsule only provides life support for up to six days, there was no room for error.

7. The Polaris Dawn's initial target launch date of August 26, 2024, was delayed numerous times over multiple weeks due in large part to poor weather conditions. On Sunday, September 8, 2024, there was only a 10% chance that the weather would be appropriate to allow for

the mission to proceed on September 10, 2024. It was not until the evening of Monday, September 9, 2024 (Eastern Daylight Time), that we confirmed that weather conditions would finally allow for the launch of Polaris Dawn early the next day. The launch was initially scheduled for 3:38 a.m., EDT on Tuesday, September 10, and then was delayed to 5:23 a.m., EDT for better weather conditions. The launch was not complete until the Dragon capsule systems were activated an hour later, and Mr. Musk's presence was necessary until that time.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Hawthorne, California, on September 20, 2024.

Dated: September 20, 2024

By: /s/ Stuart Keech
Stuart Keech

*VP of Dragon at SpaceX*

**LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to L.R. 5-1(i)(3), I, Alex Spiro, attest that the signatory identified above, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

By: /s/ Alex Spiro
Alex Spiro